IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UINTA INDIAN Edison Gardner, et al., <br><br> Plaintiff, <br> v. <br><br> Hon Clair M. Poulson, In her official capacity as Judge of Justice Court Judge of the Duchesne County, Utah, <br><br> Defendant. | REPORT AND RECOMMENDATION <br><br> Case No. 2:20-rf-768 <br><br> Chief Magistrate Judge Dustin B. Pead |

In March 2015, Putative Plaintiff, Uinta Indian Edson Gardner, was placed on filing restrictions with this court. *See In re: Edson Gardner*, Case no. 2:15-mc-47 DN, Order ECF No. 2. Under these restrictions, any future pleadings filed Mr. Gardner are considered as follows:

> (1) new complaints sent to the court for filing will be collected by the Clerk of Court and sent to a Magistrate Judge for review; (2) the Magistrate Judge will review the complaint to determine whether it is meritorious, duplicative or frivolous; (3) if the Magistrate Judge determines that the complaint is without merit, duplicative or frivolous, the Magistrate Judge will forward the complaint to the Chief Judge for further review; and (4) only with the consent of the Chief Judge will the complaint be filed.

*Id.* at p. 1.

Mr. Gardner's current complaint asserts that under the Supreme Court's decision in *McGirt v. Oklahoma*, 140 S. Ct. 2452, 2468 (2020), that the state of Utah and Duchesne county has illegally fined or otherwise imposed costs and fees against Plaintiff. Basically, the Uinta Indian Reservation in Utah has allegedly never been disestablished by Congress, remains Indian Country today, and Plaintiff who asserts he is an Uinta Indian, should have never been forced to appear in justice court, or pay a fine for speeding. As already noted by this court in *Gardner v. Uintah County Clerk-Auditor Michael Wilkins, et al.*, Case No. 2:13-cv-1027 TC, Mr. Gardner

has a history of unsuccessfully raising issues surrounding his purported status as a member of a federally-recognized Indian tribe and challenging State and local civil and criminal authority over him. This is evident from the following cases brought by him in this district:

- Edson G. Gardner v. Roosevelt City Corporation, Case No. 2:95-CV-535- JTG
- Edson Gardner v. Roosevelt City, Case No. 2:95-CV-557-TC
- Edson G. Gardner v. Vanderhoop, Case No. 2:99-CV-929-TS
- Edson Gardner v. Debra Ridley (Ute Tribal Juvenile Court Judge), Case No. 2:01-CV-689-TC
- Edson G. Gardner v. United States of America, Case No. 2:08-CV-373-DAK
- Edson Gardner v. Uintah County, Case No. 2:10-CV-1140-SA
- Edson Gardner v. Kenneth Salazar (Secretary of the U.S. Department of the Interior), Case No. 2:11-CV-719-BSJ
- Edson Gardner v. G. A. Petry (Uintah County Justice Court), Case No. 2:11-CV-1206-DN
- Edson Gardner v. State of Utah, Case No. 2:12-CV-474-TC

Mr. Gardner has also brought a case to the 10th Circuit that was rejected. *See Gardner v. Wilkins*, 535 Fed. Appx. 767, 767 (10th Cir. 2013) (noting, after rejecting Mr. Gardner's appeal concerning challenges to Utah's taxation of him and to the Ute Tribal Court issuance of a speeding ticket to him, that, "Litigation regarding Gardner's Indian status is a road well-traveled.").

The undersigned is charged with determining whether Mr. Gardner's new complaint is "meritorious, duplicative or frivolous". The court finds it is duplicative and mirrors the host of other cases Plaintiff has already unsuccessfully brought. Accordingly, Mr. Gardner's filing should be denied.

## RECOMMENDATION

The undersigned recommends that Mr. Gardner's Motion for Leave to Proceed in forma pauperis be DENIED based upon the prior filing restrictions.

Copies of the foregoing Report and Recommendation are being sent to all parties who are hereby notified of their right to object. Within **fourteen (14) days** of being served with a copy,

any party may serve and file written objections. *See* 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b). Failure to object may constitute a waiver of objections upon subsequent review.

DATED this 25 March 2021.

_____
Dustin B. Pead
United States Magistrate Judge